**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CHRISTIAN IPOMA BETEMA, as an individual,<br><br>                    Plaintiff,<br>         v.<br><br>THE KROGER CO., a foreign corporation, registered and doing business in Washington; FRED MEYER STORES, INC., a foreign corporation, registered and doing business in Washington; and JOHN DOE MANAGER AND JANE DOE MANAGER, as husband and wife,<br><br>                    Defendant. | Civil Action No. 2:23-cv-00970<br><br>**JOINT STIPULATED MOTION TO REMAND CASE TO KING COUNTY SUPERIOR COURT FOR TRANSFER TO MANDATORY ARBITRATION**<br><br>**(CLERK'S ACTION REQUIRED)** |

### I.   STIPULATED MOTION

Defendants The Kroger Company and Fred Meyer Stores, Inc. (collectively "Fred Meyer") and Plaintiff, Christian Ipoma Betema, by and through their attorneys of record, hereby stipulate to the remand of this case back to King County Superior Court – whence it was removed to this Court – for the purpose of transferring this case to mandatory arbitration pursuant to RCW 7.06.020 and King County Local Mandatory Arbitration rule 1.1(a). The parties stipulate that this case will be transferred to mandatory arbitration upon remand.

//

SO STIPULATED.

JOINT STIPULATED MOTION TO REMAND CASE TO KING COUNTY SUPERIOR COURT FOR TRANSFER TO MANDATORY ARBITRATION - 1
 (2:23-cv-00970)

**WOOD, SMITH, HENNING & BERMAN LLP**
801 Kirkland Ave
Kirkland, Washington 98033
206-204-6800

DATED: August 2, 2023                    WOOD, SMITH, HENNING & BERMAN LLP

_____
Philip B. Grennan, WSBA #8127
Nohl Speck, WSBA #56889
pgrennan@wshblaw.com
nspeck@wshblaw.com
Attorneys for Defendants

DATED: August 2, 2023                    HABTEMARIAM LAW FIRM, PLLC

     /s/ Neftalem Habtemariam
_____
Neftalem Habtemariam, WSBA #44117
neftalem@habtemariamlaw.com
Attorney for Plaintiff

## II.   ORDER

IT IS SO ORDERED that, pursuant to the parties' stipulation, this case is remanded back to King County Superior court for transfer to mandatory arbitration, without costs or fees to either party.

DATED this 3rd day of August, 2023

_____
MICHELLE L. PETERSON
United States Magistrate Judge

29201662.1:10966-0035

JOINT STIPULATED MOTION TO REMAND
CASE TO KING COUNTY SUPERIOR COURT
FOR TRANSFER TO MANDATORY
ARBITRATION - 2
 (2:23-cv-00970)

WOOD, SMITH, HENNING & BERMAN LLP
801 Kirkland Ave
Kirkland, Washington 98033
206-204-6800